FRED L. COLE, Appellant, v. MANUFACTURERS TRUST COMPANY; EUGENE H. RECHEL, PAUL N. ROBINS, ALFRED D. RUBINS and HAROLD H. KAUFMAN, Individually and as Copartners Doing Business under the Firm Name and Style of RECHEL & CO., CHARLES K. BEEKMAN, EDWIN J. BEINECKE, EDGAR S. BLOOM, CHARLES A. DANA, ELLIS P. EARLE, CHARLES FROEB, PAOLINO GERLI, HARVEY D. GIBSON, JOHN L. JOHNSTON, CHARLES L. JONES, GEORGE MACDONALD, SAMUEL McROBERTS, JOHN P. MAGUIRE, CHESLEY ROBERT PALMER, GEORGE PATTERSON, HAROLD I. PRATT, HAROLD C. RICHARD, HAROLD V. SMITH, J. FREDERICK TALCOTT and HENRY C. VON ELM, Respondents, and Others, Defendants. (Appeal

No. 1.) — Order denying plaintiff's application for an allowance for expenses and for a reasonable counsel fee to attend at and take part in the oral examination of plaintiff's assignor in California affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty and Adel, JJ., concur; Carswell and Close, JJ., dissent and vote to reverse and to grant a reasonable allowance. [See post, p. 703.]